FILED
2021 Jun-21 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **LEWIS DECARLO,** | } |
| Plaintiff, | } |
| v. | } Case No.: 5:20-cv-01320-MHH |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | } |
| Defendant. | } |

## ORDER

The parties have filed a Joint Stipulation of Dismissal With Prejudice. (Doc. 16). The Court **ORDERS** that this action is dismissed with prejudice, with each party to bear their own attorney's fees and costs. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this June 21, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE